THE STATE OF OHIO, APPELLANT, *v.* BERRY, APPELLEE.

[Cite as State *v.* Berry (1986), 23 Ohio St. 3d 231.]

(No. 85-1186—Decided May 7, 1986.)

*Jim Slagle,* prosecuting attorney, for appellant.

*Wiedemann & Taube* and *Donald H. Taube,* for appellee.

This cause on appeal from the court of appeals (case No. 9-84-10) is reversed on authority of *State* v. *Rohdes* (1986), 23 Ohio St. 3d 225, decided this date.

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.